No. 621. CHASE SECURITIES CORP. v. HUSBAND, COMMISSIONER OF BANKS, ET AL. Appeal from the Superior Court of Massachusetts. Decided January 10, 1938. *Per Curiam:* The motion for leave to file brief in opposition to the motion to dismiss or affirm is granted. The motion of the appellees to dismiss the appeal is granted, and the appeal is dismissed for the want of a substantial federal question. (1) *First National Bank* v. *Missouri,* 263 U. S. 640, 656; *Lewis* v. *Fidelity Co.,* 292 U. S. 559, 566; *Jennings* v. *U. S. F. & G. Co.,* 294 U. S. 216, 219; *Hornblower* v. *McGray, ante,* p. 655. (2) *Hudson Water Co.* v. *McCarter,* 209 U. S. 349, 357; *Rast* v. *Van Deman & Lewis,* 240 U. S. 342, 363; *Union Dry Goods Co.* v. *Georgia P. S. Corp.,* 248 U. S. 372, 375, 376; *Home Bldg. & L. Assn.* v. *Blaisdell,* 290 U. S. 398, 437, 438. *Messrs. John L. Hall, Richard Wait,* and *Marcien Jenckes* for appellant. *Mr. Joseph B. Abrams* for appellees.

No. —, original. EX PARTE MAURO PIERGIOVANNI. January 10, 1938. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. EX PARTE ELMER O'NEILL. January 10, 1938. Motion for leave to file petition for writ of habeas corpus denied.